UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| ARNOLD H. THOMAS | NO.: 3:11-cr-00008-BAJ-SCR |

### RULING AND ORDER

Before the Court is Petitioner's **MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (Doc. 27).** The Magistrate Judge has issued a **REPORT (Doc. 44)** recommending that Petitioner's motion be denied, (*id.* at p. 10). Petitioner does not object to the Magistrate Judge's Report.

Having independently considered Petitioner's § 2255 Motion (Doc. 27) and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 44),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's **§ 2255 MOTION (Doc. 27)** is **DENIED** for the reasons explained in the Magistrate Judge's Report (Doc. 44).

Baton Rouge, Louisiana, this 22nd day of January, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA